UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br> Plaintiff, <br><br> v. <br><br> **Moussa Peykar**, in individual and representative capacity as trustee; <br> **Mary Peykar**, in individual and representative capacity as trustee; <br> **Panchitos Packing, Inc**., a California Corporation; and Does 1-10, <br><br> Defendants. | Case 2:18-CV-01919-R-KS <br><br> Amended Judgment Re: Default Judgment |

Following the Court's ruling on August 22, 2018, the Court grants JUDGMENT in favor of plaintiff Chris Langer and against defendant Panchitos Packing, Inc. in the amount of $4,000 in statutory damages, $4,130.00 in attorneys' fees, and $660 in costs – totaling $8,790.00.

Dated: October 18, 2018

_____
Hon. MANUEL L. REAL
United States District Court Judge