CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. CV 18-1919-R-KSx | Date: April 3, 2019 |
| Title *Chris Langer v. Moussa Peykar et al.* | |

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Creditor:   Attorneys Present for Debtor:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR FOR JUDGMENT DEBTOR EXAMINATION**

On December 11, 2018, the Court granted Judgment Creditor's Application for Appearance for Examination Re: Enforcement of Judgment as to Francisco Ramon Perez ("Mr. Perez"), CEO of Panchitos Packing, Inc. ("Judgment Debtor") and ordered Mr. Perez to appear personally on before the Honorable Karen L. Stevenson on April 3, 2019 at 9:45 a.m. (Dkt. No. 28.) The Order to Appear expressly warned that: "If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding." (Dkt. No. 29 at p. 2.) On February 26, 2019, Plaintiff filed a Proof of Service certifying that personal service of the Order to Appear and Civil Subpoena was effectuated on Mr. Perez on January 19, 2019. (Dkt. No. 29.)

On April 3, 2019, Mr. Perez failed to appear for the Judgment Debtor Examination. Accordingly, the Mr. Perez is **ORDERED TO SHOW CAUSE on or before April 24, 2019** why the Court should not issue an order for contempt of court and require Mr. Perez to pay the the judgment creditor's reasonable attorney fees incurred in this proceeding. Mr. Perez may discharge the Order to Show Cause by filing a brief statement (no more than 3 pages) signed under oath explaining why he failed to appear on April 3, 2019. To the extent possible, Mr. Perez shall support any factual allegations in his response with competent evidence.

**A failure to timely respond to this order and establish good cause for his failure to appear for the Judgment Debtor Examination will result in an order against Mr. Perez for**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 18-1919-R-KSx                                   Date: April 3, 2019

Title     _Chris Langer v. Moussa Peykar et al._

**contempt of court as well as an order to pay the reasonable attorney fees incurred by the judgment creditor in connection with appearing for the examination.**

**IT IS SO ORDERED**.

:
**Initials of Preparer**     gr