UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 18-1919-R (KSx)                                                    Date: September 27, 2019

Title    *Chris Langer v. Moussa Peykar et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | Courtsmart 9/27/2019 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Creditor: | Judgment Debtor: |
|---|---|
| Dennis Price | Francisco Ramon Perez |

**Proceedings:  JUDGMENT DEBTOR EXAMINATION**

    A Judgment Debtor Examination was scheduled for Friday, September 27, 2019 at 11:00 a.m. before Magistrate Judge Karen L. Stevenson.  Dennis Price, counsel for creditor, made his appearance. Debtor Francisco Ramon Perez, CEO Panchitos Packing, Inc., was present and sworn. The parties successfully completed the examination.

**IT IS SO ORDERED**.

                                                                        : 4 mins
                                                     **Initials of Preparer**    gr